# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0838
LT Case No. 2023-MM-027256-A

_____

PATRICK JORDAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Brevard County.
David Cary Koenig, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

October 14, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____